UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSLEY ROBINSON, JR., <br><br> Plaintiff, <br><br> v. <br><br> S. HATTON, <br><br> Defendant. | Case No. 17-02813 EJD (PR) <br><br> **ORDER OF DISMISSAL** |

Plaintiff, a state prisoner, filed an action in Monterey County Superior Court alleging violations of his constitutional rights pursuant to 42 U.S.C. § 1983, which Defendants removed to this Court. (Docket No. 1, Ex. A.) On August 10, 2017, the Court dismissed Plaintiff's complaint with leave to amend within twenty-eight days. (Docket No. 8.) The deadline for Plaintiff to comply with the Court's order has passed. Because Plaintiff has failed to file an amended complaint, this action is **DISMISSED** without prejudice. The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

**Dated:** 9/19/2017

EDWARD J. DAVILA
United States District Judge

P:\PRO-SE\EJD\CR.17\02813Robinson_dis.docx